RECEIVED
OCT 14 2019
Legal Programs Department

SCANNED at LSP and Emailed
10-14-19 by KB . 30 pages
date    initials  No.

Case 3:19-cv-00709-SDD-EWD    Document 1    10/14/19    Page 1 of 5

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Brandon S. LaVergne    424229
_____    Inmate (DOC) number

(Enter above the full name of the
plaintiff in this action.)

VERSUS

Douglas McDonald - LSP investigator in his individual and official capasity

Michael Vaughn - LSP investigator in his individual and official capasities

Darrell Vannoy - Warden LSP - in his individual and official capasity

Joesph Lamartinaire Deputy Warden LSP - in his individual and official capasity

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original**.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 350.00 (together with a $50.00 administrative fee). In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

1 of 5    plus 25 pg. memorandum

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

When you have completed these forms, submit them for electronic filing with the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Room 139, Baton Rouge, La. 70801.

I.   Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )  No (X)
— EXCEPT CCR CONDITIONS OF CONFINEMENT —

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _Brandon S. Lavergne_

   Defendant(s): _Keith Stokes, Michael Hasson, Daniel Landry, Roger Hamilton, Alan Henry, Burlingh Boga, Darrell Vannoy, James LeBlanc, N. Burl Cain, Tailor Graffio, Paul Smith, Kevin Benjamin_

2. Court (if federal court, name the district; if state court, name the parish):
   _U.S. Middle District of La._

3. Docket number: _17-1696_

4. Name of judge to whom case was assigned: _John deGravilles_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
   _The CCR claim was dismissed without prejudice and is on appeal._

6. Date of filing lawsuit: _22 Nov. 2017 / CCR amendment 27 June 2019_

7. Date of disposition: _23 Sept. 2019_

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
Yes (X)   No ( )   *I will be paying the filing fee up front*

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.
*Western District of La., U.S. 5th cir., U.S. Supreme Court*

II. Place of present confinement: *Louisiana State Penitentiary*

A. Is there a prisoner grievance procedure in this institution?
Yes (X)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X)   No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. *ARP-LSP-2019-0099, ARP-LSP-2019-0538, ARP-LSP-2018-2638, ARP-LSP-2019-0282, ARP-LSP-2019-0989, ARP-LSP-2019-1189, DB Appeal LSP-2019-003, DB Appeal LSP-2018-0372*

2. What steps did you take? *Fully exhausted both steps*

3. What was the result? *denied*

D. If your answer is No, explain why not: _____

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank.

A. Name of plaintiff *Brandon S. LaVergne*
   Address *Louisiana State Penitentiary Angola La.*

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Douglas McDonald_ is employed as _an investigator_ at _Louisiana State Penitentiary in his individual and official capacity._

C. Additional Defendants: _Michael Vaughn, Darrell Vannoy, Joesph LaMartingire, Tim Delaney, ~~Leslie Dupont~~, Paul Smith, Tailo Graffia, Ricky Sharky, Gary Young, Chad Dubre, Timmy Cruze, Bobbie Rousseau, Gorie Mougeot all in their official and individual capacity. Except for Ricky Sharky who I am suing in his official capacity only. Also unknown medic EMT in his official and individual capacity. And_

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_See Attached Memorandum_
_Claim 1 pg 1 Retaliation for speech in the courts_
_Claim 2 pg 10 Restriction on communications in Retaliation for speech in the courts_
_Claim 3 pg 12 Retaliation for speech in the courts Media leaks_
_Claim 4 pg 13 State Sponsored Harrasment by Public tours_
_Claim 5 pg 18 Religous liberty violations_
_Claim 6 pg 20 Atypical and Excessive sentence given to me in Retaliation for my speech in the Courts_

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.
_See Attached Memorandum pg 7-9, 11, 13, 17, 19, 24_

VI. Plaintiff's Declaration
1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury. _I will be paying the filling fee up front_

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.   *I will be paying the filing fee up front*

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this __8__ day of __Oct.__, __2019__.

_____
Signature of plaintiff

*5 of 5 plus 25 page memorandum*