# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LAVERGNE

CIVIL ACTION

VERSUS

19-709-SDD-EWD

MCDONALD, ET AL.

## RULING

The Court has carefully considered the *Complaint*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated November 23, 2020, to which a response[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, all claims and Defendants are hereby DISMISSED, with the exception of: (1) Plaintiff's claims for nominal and punitive damages against Douglas McDonald in his individual capacity for the alleged incident of excessive force occurring on January 10, 2019, and (2) Plaintiff's official capacity claims for injunctive relief under the First Amendment and RLUIPA for denying Plaintiff attendance at church services against Darrell Vannoy, Joseph LaMartinaire, Tim Delaney, Jimmy Cruze, Chad Oubre, Ricky Sharky, and Douglas McDonald.

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 15.
[3] Rec. Doc. 16.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Darrell Vannoy, Joseph LaMartinaire, Tim Delaney, Jimmy Cruze, Chad Oubre, Ricky Sharky, and Douglas McDonald, in their individual capacities, arising under RLUIPA are hereby dismissed.

**IT IS HEREBY ORDERED** that this matter is referred to the magistrate judge for further proceedings on Plaintiff's remaining claims.

Signed in Baton Rouge, Louisiana on December 3, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**