UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON S. LaVERGNE (#424227)

VERSUS

DOUGLAS McDONALD, ET AL.

CIVIL ACTION

19-709-SDD-EWD

## RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 29, 2022, to which an Objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the *Motion for Summary Judgment*,[4] filed by Brandon S. LaVergne, is DENIED, and the *Motion for Summary Judgment*,[5] filed by Douglas McDonald, is GRANTED, such that all remaining claims in this case are DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana the 28 day of September, 2022.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Docs. 77 and 78.
[2] Rec. Doc. 84.
[3] Rec. Doc. 86.
[4] Rec. Doc. 77.
[5] Rec. Doc. 78.